IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 2432572716

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Lashanda Steele,

    Defendant.

Court appoints Richard Bednarski

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance     ___Arraignment     ___Sentencing     ___Status

___Administrative Review     ___Show Proof     ___Other (_____)

The location, date and time set for the hearing is:

___212 N. Wahsatch, Suite 101     ___901 19th Street, Rm. A-105     ___1929 Stout St.
    Colorado Springs, CO 80903        Denver, CO 80294             Denver, CO 80294

Appearance date: 01/04/2012, at 10am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

          Greg Langham, Clerk

          By: NLC
              Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice.

Dated: 12/28/11      Name: Richard S. Bednarski
                          (Please Print)
                  Address: _____

Phone: _____
Revised 3/17/09